UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Ramon Cantu,  Civil No.: 05-2629 (RHK/JJG)

    Plaintiff,  **ORDER**

v.

M. Muraski, Dave Porra, B. Cady,
and Connie Roehrich, in their
individual and official capacities

    Defendants.

---

On July 17, 2006, Magistrate Judge Jeanne J. Graham issued a Report and Recommendation recommending that Plaintiff's two Motions for Default Judgment (Doc. Nos. 9 and 13) be denied and that this case be dismissed with prejudice. The parties subsequently entered into an Agreement (Doc. No. 27-2) resolving the Motions that were the subject of Judge Graham's Report and Recommendation.

Pursuant to that Agreement, **IT IS ORDERED** that the Report and Recommendation (Doc. No. 25) is **VACATED AS MOOT**.

Dated: August 1, 2006

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge