**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Ramon Cantu,                                           Civil No. 05-2629 (RJK/JJG)

       Plaintiff,                                             **ORDER**

v.

M. Muraski, Dave Porra, B. Cady,
and Connie Roehrich,

       Defendants.

---

The above-entitled matter came before the Court upon the December 18, 2007, Report and Recommendation of United States Magistrate Judge Jeanne J. Graham. Plaintiff has filed timely Objections to the Report and Recommendation.

The undersigned has conducted a de novo review of the Report and Recommendation and the Objections thereto, and concludes that Judge Graham's recommended disposition is supported by the factual record before her and applicable legal authority. Accordingly, **IT IS ORDERED** that:

1. The Objections (Doc. No. 62) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 61) is **ADOPTED**;

3. Defendants' Motion for Summary Judgment (Doc. No. 51) is **GRANTED**; and

4. The Amended Complaint (Doc. No. 34) is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: January 14, 2008

                                                       s/Richard H. Kyle
                                                       RICHARD H. KYLE
                                                       United States District Judge